# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Mark Sami Ibrahim<br><br>_____<br>Defendant | )<br>)  Case No.<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Mark Sami Ibrahim_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(2) False statement;
18 U.S.C. § 1752(a)(1) and (b)(1) Entering and Remaining in a Restricted Building or Grounds - Firearm;
40 U.S.C. § 5104(d)- Step or climb on, remove, or in any way injure any statue;
40 U.S.C. § 5104(e)(1)(A)(i)- Capitol Grounds and Buildings Security - Firearm.

Date: 07/06/2021

2021.07.06 18:56:10 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on *(date)* 7/20/21, and the person was arrested on *(date)* 7/20/21
at *(city and state)* Washington DC.

Date: 7/20/21

_Arresting officer's signature_

JASON HIGLES, SSA DOJ-OIG
_Printed name and title_