# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

| | |
|---|---|
| UNITED STATES<br>Plaintiff (s),<br>V.<br>MARK S. IBRAHIM<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:21-cr-00496-TJK |

Notice is hereby given that, subject to approval by the court, __Mark S. Ibrahim__ substitutes
                                                                    (Party (s) Name)

__Marina Medvin__, State Bar No. __DC #995966__ as counsel of record in
(Name of New Attorney)

place of __Darren Michael Richie_____.
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MEDVIN LAW PLC |
| Address: | 916 Prince St, St1 109, Alexandria, VA 22314 |
| Telephone: | (888) 886-4127     Facsimile (703) 870-3300 |
| E-Mail (Optional): | contact@medvinlaw.com |

I consent to the above substitution.

Date: 4-22-22

_Mark Ibrahim_ (signature)
(Signature of Party (s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/19/2022

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**