JERROLD NADLER, New York
CHAIRMAN

JIM JORDAN, Ohio
RANKING MEMBER

ONE HUNDRED SEVENTEENTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON THE JUDICIARY
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6216
(202) 225-3951
judiciary.house.gov

June 7, 2022

The Honorable Christopher A. Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

Dear Director Wray:

      We continue to investigate allegations that the Federal Bureau of Investigation is retaliating against FBI employees for engaging in disfavored political speech. On May 6, 2022, we sent you a letter that detailed examples of the FBI suspending the security clearances of FBI employees for their participation in protected First Amendment activity.[1] To date, you have failed to acknowledge our letter or begin to arrange for the requested briefing. Since our May 6 letter, we have received new protected whistleblower disclosures that suggest the FBI's actions are far more pervasive than previously known. Multiple whistleblowers have called it a "purge" of FBI employees holding conservative views.

      As one example, the FBI targeted ▓▓▓, who works in the FBI's ▓▓▓ by suspending ▓▓▓ security clearance and eventually indefinitely suspending ▓▓▓ from duty and pay. ▓▓▓ had apparently shared ▓▓▓ personal views that the FBI was not being entirely forthcoming about the events of January 6. As a result, the FBI determined that ▓▓▓ had "espoused conspiratorial views" and "promoted unreliable information which indicates support for the events of January 6," and therefore the FBI questioned ▓▓▓ allegiance to the United States.

      ▓▓▓ honorably served in the United States military for several years—including deployments in Kuwait and Iraq—valiantly earning multiple military commendation medals. While employed with the FBI, ▓▓▓ has been rated as "Exceeds Fully Successful" in performance evaluations, has received several awards, and has never been disciplined or reprimanded until this instance. In a letter sent to the FBI, ▓▓▓ lawyers explained that the FBI's accusations are a "monumental leap from objective fact" and a "distortion" of ▓▓▓ actions. They argue the security clearance suspension is a "gross injustice and clear constitutional violation[]" because the FBI is "punish[ing]" ▓▓▓ for "run[ning] afoul of prevailing agency orthodoxy" while "exercising ▓ First Amendment right of free speech."

---

[1] Letter from Jim Jordan, Ranking Member, H. Comm. on the Judiciary, to Christopher A. Wray, Dir., Federal Bureau of Investigation (May 6, 2022) (on file with committee).

The Honorable Christopher A. Wray
June 7, 2022
Page 2

      In addition, another whistleblower, who has since left the FBI, has informed us that ▪ faced retaliation for criticizing the FBI in an anonymous survey circulated by the ▭▭▭▭▭ ▭▭▭▭▭ to employees following January 6. The FBI allegedly escalated an adverse personnel action against this employee after ▪ commented on the survey, which sought feedback about the ▭▭▭▭▭ actions "during the recent crisis/command post" event. The employee, too, was never disciplined or reprimanded until after ▪ criticized the FBI.

      We are conducting oversight to ensure the FBI is not retaliating against FBI employees for exercising their First Amendment rights and engaging in disfavored political speech. We reiterate our earlier requests for your personal assurance that the FBI will cooperate fully with the Department of Justice's Office of Inspector General's examination of these matters and for a briefing on the FBI's purge of employees holding disfavored viewpoints.

      We remind you that whistleblower disclosures to Congress are protected by law and that we will not tolerate any effort to retaliate against whistleblowers for their disclosures. Thank you for your prompt attention to this matter.

                                                     Sincerely,

                                                   Jim Jordan
                                                   Ranking Member

cc:    The Honorable Jerrold L. Nadler
        Chairman

        The Honorable Michael E. Horowitz
        Inspector General, U.S. Department of Justice