## Peterson, James D (CRM)

| | |
|---|---|
| **From:** | Peterson, James D (CRM) |
| **Sent:** | Monday, July 11, 2022 4:59 PM |
| **To:** | Marina Medvin, Esq. |
| **Subject:** | RE: [EXTERNAL] Supplemental Discovery Request 2 |
| **Attachments:** | Instructions for Opening Attachments.docx |

Dear Ms. Medvin:

It is my understanding that the files requested were originally attached to the files produced to you via USAfx. Attached please find a copy of specific instructions for opening the attached files.

Nevertheless, the files have been separately re-uploaded and are available for your review and download here: All Files > Ibrahim - Discovery for New Cousel > MOI Attachments Re-Produced.

You should have access to that folder via the previous invitation. I just looked at the folder and it still lists you as an Editor.

Please let me know if you cannot access the folder.

As with all USAfx uploads, please view and download the files as soon as practical as the folders expire in approximately 60 days.

Two things to note:

Re: 6 below, there were no attachments to this MOI. The MOI merely references WhatsApp conversations and media. (Those conversations and media were produced under CYBER MOI 2021-002924 Cockrum Call 2021-03-09.)

Re: 11 below: It should be noted that attachment 3 to this MOI was simply a confirmation message from the provider that the requested date was available for download. The actual data was produced as an attachment to 13 (also referenced below).

Please e-mail with any questions.

Take care,

Jim


**From:** Marina Medvin, Esq. <███████████>
**Sent:** Thursday, July 7, 2022 2:20 PM
**To:** Peterson, James D (CRM) <███████████>
**Subject:** Re: [EXTERNAL] Supplemental Discovery Request 2

Hi James,

I went through my files and these files that are noted are not present. Please upload the individual files requested in that email so we can mark off receipt of these files.

1

Sincerely,

Marina Medvin, Esq.
*Owner/Senior Trial Attorney*

MEDVIN LAW PLC
916 Prince Street
Alexandria, VA 22314
(888) 886-4127 (Ofc)
(703) 870-6868 (Dir)
(703) 870-3300 (Fax)
www.medvinlaw.com

NOTICES:
*This email may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. Further, if you are not the intended recipient, please reply to this email to let us know. Unless you have formally retained representation, any communication with this attorney cannot be construed as signifying the formation of an attorney-client relationship. For all recipients, this email contains general information only, and should not be construed as legal advice.*

On Fri, Jun 3, 2022 at 10:54 AM Peterson, James D (CRM) <███████████████> wrote:

> Dear Ms. Medvin:
>
> I have had a chance to follow up with SA Higley, who has just recently re-reviewed the case specific materials uploaded to USAfx for you.
>
> I am informed that the attachments are included, and can be accessed on the USAfx site, or downloaded.
>
> If you are having difficulty accessing the case specific discovery materials uploaded, please feel free to reach out to SA Higley and he can walk you through the process.
>
> SA Jason Higley
>
> (703) ███████ – cell
>
> (202) ███████ – desk
>
> Thank you and take care,

2

Jim

(202) ▬▬▬ – desk

(202) ▬▬▬ - cell

**From:** Marina Medvin, Esq. <▬▬▬
**Sent:** Wednesday, June 1, 2022 10:58 AM
**To:** Peterson, James D (CRM) <▬▬▬
**Subject:** Re: [EXTERNAL] Supplemental Discovery Request 2

Hi James,

I don't have access to these. Please send links where I can find them.

Sincerely,

Marina Medvin, Esq.

*Owner/Senior Trial Attorney*

MEDVIN LAW PLC

916 Prince Street
Alexandria, VA 22314

(888) 886-4127 (Ofc)

(703) 870-6868 (Dir)

(703) 870-3300 (Fax)

www.medvinlaw.com

NOTICES:
*This email may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. Further, if you are not the intended recipient, please reply to this email to let us know. Unless you have formally retained representation, any communication with this attorney cannot be construed as signifying the formation of an attorney-client relationship. For all recipients, this email contains general information only, and should not be construed as legal advice.*

On Fri, May 6, 2022 at 3:31 PM Peterson, James D (CRM) <███████████████> wrote:

Dear Ms. Medvin:

I have reviewed your request and spoken with SA Higley. I believe the referenced items which are in the government's possession were included in the discovery you received. If you look at the MOIs, you should see a paperclip icon on the left-hand side of the screen which should reveal the referenced document.

With respect to Item 6, the Whats App conversations were referenced but not attached because we did not receive them from the witness. If you look at the MOI for Cochrum, they should have the Whats App messages.

With respect to Item 13 and your message that "Attachment 6 was included but the file is empty," SA Higley has confirmed that Attachment 6 is not empty. Rather, he believes, the file is very large and takes a while to load. The file should be approximately 590mb. It is certainly possible that the file did not upload, or download, correctly.

Please double check the discovery provided and confirm that you can, or cannot access, the referenced materials.

Thank you and take care,

Jim

4

**From:** Marina Medvin, Esq. <█████████████>
**Sent:** Friday, May 6, 2022 9:40 AM
**To:** Peterson, James D (CRM) <█████████████>
**Cc:** Higley, Jason (OIG) <█████████████>
**Subject:** [EXTERNAL] Supplemental Discovery Request 2

Dear James,

This email is a request for supplemental discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Due Process Protections Act, *Brady* and its progeny, Local Rule of Criminal Procedure 16.1, and the U.S. Attorney's Office General Discovery Policy (2015) ("discovery beyond what is required under Rule 16 and other governing federal law.")

Please supplement the discovery that the government provided with the following items, which were referenced and relied upon by your investigators and witnesses and have been omitted in the May 3, 2022 production entitled "Discovery for New Counsel":

1. CYBER MOI 2021-002924 ███████ 2021-03-30 AM.pdf references Attachment 1, "Email correspondence between Higley and ███████ on March 24-30, 2021" but does not include this attachment. Please upload the missing file.
2. CYBER MOI 2021-002924 FBI FACE Search 2021-02-22.pdf references "Results of FACE search" but discovery production does not include these results. Please upload the Results of FACE search.
3. CYBER MOI 2021-002924 YouTube 2021-07-26.pdf references 3 video attachments. Please provide these videos, none were attached.
4. CYBER MOI 2021-002924 ███████ FBI 2021-08-30.pdf references attachment "Two emails relating to ███████ statements." Please provide these emails, they were not attached.
5. CYBER MOI 2021-002924 Text Messages 2021-02-18.pdf references attachment "Two email chains relating to the text messages." Please provide these emails, they were not attached.
6. CYBER MOI 2021-002924 ███████ Call 2021-01-29.pdf references emails and media files from WhatsApp. These have not been provided. Please provide both the emails and the media files.
7. CYBER MOI 2021-002924 Resignation Memo 2021-12-01.pdf references "Resignation Ibrahim.pdf" attachment but does not provide the file. Please upload the Resignation Ibrahim.pdf file.
8. CYBER MOI 2021-002924 Rescind Resignation 2021-02-04.pdf references "Ibrahim Rescind Resignation.pdf" attachment but does not provide the file. Please upload the file Ibrahim Rescind Resignation.pdf.
9. CYBER MOI 2021-002924 ███████ 09-22-2021.pdf references attachments: 1. Guardian - ███████.pdf; 2. Guardian - ███████.pdf; 3. ███████ FD-302; 4. ███████ FD-302.pdf; 5. Photo Provided by Moore; and 6. Photos of Ibrahim Shown by FBI.pdf but does not provide them. Please upload all of these.
10. CYBER MOI 2021-002924 Military Record Summary 2021-12-14.pdf references attachment RFI – LE Request DOJ.pdf but does not include it. Please upload this file.

11. CYBER MOI 2021-002924 Initiation of ▮▮▮▮▮ Location 2021-03-04.pdf references attachments 1. Submission of warrant and order for ▮▮▮▮▮ Location, dated March 6, 2021, 2. Mail confirmation of delivery, dated March 4, 2021, 3. ▮▮▮▮▮ dated March 5, 2021. These were not provided; please upload all three.
12. CYBER MOI 2021-002924 FBI ▮▮▮▮▮ 2021-10-13.pdf references attachments 1. Case Overview; 2. Location Map; 3. WhatsApp Profile Photo; 4. Amazon Login Screenshot; 5. WhatsApp Screenshot; 6. Google Location Datapoints; and 7. Capitol Devices Search Data. These were not provided; please upload all seven.
13. CYBER MOI 2021-002924 ▮▮▮▮▮ 2021-03-04.pdf references 8 attachments. Attachment 6 was included but the file is empty. The other attachments were omitted. Please upload all 8 attachments: 1. March 4 Warrant and Orders; 2. March 4 Return; 3. March 18 Warrant and Orders (extension); 4. March 18 Return; 5. ▮▮▮▮▮ and ▮▮▮▮▮; 6. ▮▮▮▮▮ data; 7. Prospective ▮▮▮▮▮ data, 8. OIG Form III-260-5.

I am CCing SA Higley, who uploaded the files I requested on 5/3/2022, as these appear to be simple upload omissions that can be readily rectified.

Thank you.

Sincerely,

Marina Medvin, Esq.

Owner/Senior Trial Attorney

MEDVIN LAW PLC

916 Prince Street
Alexandria, VA 22314

(888) 886-4127 (Ofc)

(703) 870-6868 (Dir)

(703) 870-3300 (Fax)

www.medvinlaw.com

*NOTICES:*
*This email may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. Further, if you are not the intended recipient, please reply to this email to let us know. Unless you have formally retained representation, any communication with this attorney cannot be construed as signifying the formation of an attorney-client relationship. For all recipients, this email contains general information only, and should not be construed as legal advice.*