## Higley, Jason (OIG)

**From:** ▮▮▮▮▮▮▮▮ (WF) (FBI)
**Sent:** Monday, January 11, 2021 4:23 PM
**To:** ▮▮▮▮▮▮▮▮ (WF) (FBI)
**Subject:** DEA Agent / Other

Good Afternoon,

FBI SA ▮▮▮▮▮▮ confirmed he was deployed as a SWAT Operator to the U.S. Capitol during the afternoon/evening of 01/06/2021.

SA ▮▮▮▮ confirmed he knows and interacted with DEA SA MARK IBRAHIM at the U.S. Capitol on that date. SA ▮▮▮▮ commented that DEA SA IBRAHIM was behind proper barricade(s) and no aggression/affiliation was observed. SA ▮▮▮▮ also commented that DEA SA IBRAHIM had reached out to him as his organization had come down on him about it. SA ▮▮▮▮ indicated he had spoken with WFO CDC ▮▮▮▮▮▮ about this issue.

SA ▮▮▮▮ was hesitant to provide the name(s) of other FBI/other law enforcement personnel known to him that may have been present in a personal capacity at the U.S. Capitol that day because of how political this thing had become. SA ▮▮▮▮ declined to provide any other name(s).

▮▮▮▮ was not interviewed, but contacted for preliminary information by the writer on 01/11/2021 at the request of the WFO MSD SAC. This email is intended as a summary only.

Thank you.

Sean

SSA ▮▮▮▮▮▮
FBI Washington Field, MS-7
Cell: ▮▮▮▮▮▮