## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CASE NO: 1:21-CR-496 |
| ) | |
| **MARK IBRAHIM,** ) | |
| ) | |
| DEFENDANT. ) | |

### MOTION TO SCHEDULE HEARING FOR
### MOTIONS TO DISMISS THE INDICTMENT

Defendant Mark Ibrahim filed three Motions to Dismiss the Indictment on August 18, 2022.

The defense requests a standard briefing schedule for the filed motions.

The defense also requests a hearing on these motions on **September 15, 2022, at 3 PM EST**, a date and time that is convenient for both parties and the Court.

Respectfully submitted,
By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com



## <u>CERTIFICATE OF SERVICE FOR CM/ECF</u>

I hereby certify that on August 24, 2022, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

<u>            /s/            </u>
Marina Medvin, Esq.