
Case 1:21-cr-00496-TJK   Document 52-2   Filed 09/01/22   Page 1 of 1