## DECLARATION OF SERGEANT STEPHEN T. JAMES

1. I, Sergeant Stephen T. James, am a sworn member of the United States Capitol Police (USCP). I have been employed as a law enforcement officer with this Department since April 27, 1993 (over 29 years). I became a sergeant in February of 2004 (18 years). In May 2010, I earned a Juris Doctor Degree from the University Of Baltimore School Of Law. On March 1, 2020, I was assigned to the Department's Office of the General Counsel (OGC), where I am permanently assigned. Prior to being assigned to the OGC, I served as a supervisor on the Capitol Division from February 2012 to February 2020. Between February 2008 and February 2012, I served as an investigator with the USCP Office of Professional Responsibility.

2. As part of my duties at the USCP, I routinely train USCP officers on Department Policy and Procedure including the Department's policy related to the possession of firearms on U.S. Capitol Grounds, and therefore have extensive knowledge of governing authorities as well as the USCP's procedural protocols related thereto.

3. The USCP Board Regulation related to the possession of firearms on U.S. Capitol Grounds only provides an exception for individuals that are engaged in the performance of their official law enforcement agency duties. Moreover, even in the event that a member of a law enforcement agency is deemed to be engaged in his or her official duties, there are several procedural safeguards that have to be met by members of outside law enforcement agencies prior to a grant of authority to possessing a firearm on U.S. Capitol Grounds.

4. Based on discussions I have had with USCP's Civil Disturbance Unit commander related to the events of January 6, 2021, the Drug Enforcement Agency was not an assisting agency during the attempted insurrection at the U.S. Capitol.

I declare under the penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Executed on this 16th day of November, 2022.

Stephen T. James
Sergeant, United States Capitol Police