UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK S. IBRAHIM,

        Defendant.

No. 21-CR- 00496-TJK-1

**Declaration of Rebecca A. Caceres**

I, Rebecca A. Caceres, declare and state the following:

1. I am employed with the Drug Enforcement Administration (DEA). My current duty position is the Deputy Chief of Operations within the DEA Headquarters Office of Operations Management.

2. I have been employed with DEA since 2005. I was promoted to Supervisory Special Agent in 2014 and assigned to the Sacramento District Office. I was transferred to DEA Headquarters in 2019 and assigned to the Office of Compliance. On May 2022, I was promoted to the Deputy Chief of Operations over Operations Management.

3. The Office of Operations Management is responsible for the development, implementation, and interpretation of the DEA Agents Manual.

4. I am familiar with the DEA's policies and procedures with respect to DEA's Agents Manual.

5. The DEA Agents Manual does not authorize DEA Special Agents, on or off duty, to carry firearms in places where they are otherwise prohibited by law, or another agency's bona fide security requirements, to carry a firearm.

1

I hereby make this declaration in lieu of oath, as permitted by Section 1746 of Title 28 of the United States Code. I hereby declare and affirm, under penalty of perjury, that the information contained in this declaration is true and correct to the best of my knowledge.

Date: _____     _____
                                                                                Rebecca A. Caceres