# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 1:21-cr-00496-TJK-1 |
| : | |
| : | |
| **MARK S. IBRAHIM** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney James Peterson, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:       /s/ James D. Peterson
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
(202) 353-0796
James.d.peterson@usdoj.gov