**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **V.** | ) ) | CASE NO: 1:21-CR-496 |
| **MARK IBRAHIM,** | ) ) ) | |
| DEFENDANT. | ) ) | |

**UNOPPOSED MOTION TO CONTINUE**

Defense counsel moves to continue the March 5, 2024 motions hearing date and in support thereof states as follows:

1) On January 9, 2024, the parties appeared before the Court. Motions filing dates were set, as well as a motions hearing date, which was scheduled for March 5, 2024.

2) Defense counsel has since developed a personal scheduling conflict for the March 5, 2024 date and is in need of a continuance.

3) The defendant Mr. Mark Ibrahim has been advised of the conflict and the request for a continuance; he does not oppose the continuance request.

4) Counsel for the DOJ has been advised of the scheduling conflict that has arisen; opposing counsel does not oppose the continuance request.

5) The parties contacted chambers for available dates for the continuance; the date of April 16, 2024 is available for the Court and agreeable to both parties.

Wherefore, defense counsel requests that the unopposed motion for a continuance of the

March 5, 2024 hearing date be granted and that this matter be continued to April 16, 2024.


Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on February 13, 2024, I will electronically file the foregoing with the
Clerk of the Court for the United States District Court for the District of Columbia by using the
CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that
service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.