UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-496 (TJK) |
| v. : | |
| : | |
| MARK S. IBRAHIM, : | |
| : | |
| Defendant. : | |

**RESPONSE TO THE DEFENDANT'S RESPONSE TO THE
GOVERNMENT'S NOTICES OF SUPPLEMENTAL AUTHORITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this brief response to the defendant's filing, ECF No. 104, regarding the government's supplemental authority notices, ECF Nos. 101, 102, and 103. For the reasons that have been explained repeatedly in recent briefing, the government disagrees with the defendant's flawed characterizations of *Carnell*. Additionally, the government also disagrees with the defendant's "belie[f] it is prudent for the parties to await a decision from the Court of Appeals . . . in *United States v. Griffin*[.]" ECF No. 104 at 1. To the extent the defendant is effectively requesting a continuance of the April 16, 2024 motion hearing until *Griffin* is eventually decided, the Court should reject that request.

A continuance until the Circuit resolves *Griffin*—no matter how brief the defendant believes it will be—would amount to a stay, and were every criminal case stayed while a *potentially* applicable issue was litigated on appeal in a separate case, the system would grind to a halt. *See Brock, v. United States*, No. 23-3045 (D.C. Cir May 25, 2023) (per curiam) (Millet, J., concurring). This is especially true in this case because *Griffin* is not outcome determinative. A decision in *Griffin* favorable to the defendant's position in this case would not remove Count One from the Indictment. Instead, a decision by this Court on the pending motions *in limine* would

"shap[e] the scope of trial and potential defenses to the [§ 1752] charge, facilitat[ing the parties'] disposition negotiations." ECF No. 93 at 2. Indeed, the government intends to pursue a conviction on Count One, regardless of *Griffin*. In any event, *Griffin* only concerns one of three issues the parties have raised for the Court to consider for that purpose.

Respectfully submitted,

For the United States:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:   */s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759