# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **V.** | ) CASE NO: 1:21-CR-496 |
|  | ) |
| **MARK IBRAHIM,** | ) |
|  | ) |
| DEFENDANT. | ) |

### NOTICE TO COURT

This matter is currently scheduled for a stipulated trial to take place on January 23, 2025, with materials for the stipulated trial due to the Court by January 9, 2025.

The Defendant hereby submits advance notice to the Court that he will not be able to agree to the stipulated trial. Instead, the the defendant will invoke his right to a trial by jury.

The Defense, therefore, will seek to schedule Mr. Ibrahim's case for a jury trial that is expected to last <u>two weeks</u>, and will request the Court to order a pretrial schedule to litigate various pretrial and limine issues that have not yet been resolved but which are relevant to a trial by jury.

Respectfully submitted,

By Counsel:

_____/s/_____

Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC



277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Marina@MedvinLaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on January 6, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                            /s/
                    Marina Medvin, Esq.