**AUNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-CR-496 (TJK)** |
| **v.** : | |
| : | |
| **MARK S. IBRAHIM,** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' MOTION FOR A**
**STATUS HEARING TO SCHEDULE JURY TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court set a status hearing in this case at the earliest available opportunity, such that a jury trial can be promptly scheduled.

On December 8, 2024, the defendant filed a motion to continue the stipulated bench trial scheduled for January 23, 2025, until February 28, 2025. ECF No. 110. The government opposed this motion, ECF No. 111, and the Court ultimately denied it, Dec. 9, 2024 Minute Order.

Now, after approximately a full year of motions proceedings and stipulated trial negotiations following the resolution of his interlocutory appeal, the defendant has filed a notice indicating he "will not be able to agree to the stipulated trial" and "will invoke his right to a trial by jury." ECF No. 112 (filed Jan. 6, 2025). Government counsel first became aware of the defendant's revised position through this notice.

The government therefore requests the Court set a status hearing as soon as the Court's availability permits to consult with the parties and issue a trial schedule.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   /s/ *Nathaniel K. Whitesel*
        NATHANIEL K. WHITESEL
        Assistant United States Attorney
        DC Bar No. 1601102
        601 D Street NW
        Washington, DC 20530
        nathaniel.whitesel@usdoj.gov
        (202) 252-7759