UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CASE NO: 1:21-CR-496 |
| ) | |
| **MARK IBRAHIM,** ) | |
| ) | |
| DEFENDANT. ) | |

### CONSENT TO MOTION OF THE GOVERNMENT

The Government's Motion to Dismiss *with Prejudice,* ECF No. 115, is with the consent of the Defense.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Marina@MedvinLaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

      I hereby certify that on January 22, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                      /s/
                            Marina Medvin, Esq.